IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA HARRIS, | : |
| | : |
| Plaintiff, | : Civil Action No.: 2:19-cv-02334-BMS |
| | : |
| v. | : |
| | : |
| BEST BUY COMPANY, INC., | : |
| | : |
| Defendant. | : |

FILED
JUN 17 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## STIPULATED DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S COMPLAINT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Angela Harris and Defendant Best Buy Company, Inc. hereby stipulate to dismiss WITHOUT PREJUDICE Plaintiff's Complaint so as to permit Plaintiff to file an action with the AAA pursuant to her employment agreement with Defendant.

Respectfully submitted this the 17th day of June, 2019.

/s/Kevin I. Lovitz
Kevin I. Lovitz
The Lovitz Law Firm, P.C.
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone: 215-735-1996
Facsimile: 267-319-7943
Email: Kevin@ LovitzLaw.com

**ATTORNEY FOR PLAINTIFF**

Date: 6-17-19

Barbara A. O'Connell
SWEENEY & SHEEHAN
1515 Market Street, 19th Floor
Philadelphia, PA 19102
Telephone: 215-963-2428
Facsimile: 215-557-0999
Email: Barbara.Oconnell@sweeneyfirm.com

**ATTORNEYS FOR DEFENDANT**

APPROVED:

J.